# IN THE UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

-------------------

m 00-20261

-------------------

DR. LOIS A. AVERY, ET AL.,

Plaintiffs,

DR. LOIS A. AVERY AND ROGER SIMMONS,

Plaintiffs-Appellants,

VERSUS

HOUSTON COMMUNITY COLLEGE SYSTEM
AND
THE BOARD OF TRUSTEES FOR THE HOUSTON COMMUNITY COLLEGE SYSTEMS,

Defendants-Appellees,

-------------------------

Appeal from the United States District Court
for the Southern District of Texas
(H-98-CV-1859)

-------------------------

April 9, 2001

Before REAVLEY, SMITH, and DeMOSS,
 Circuit Judges.

PER CURIAM:[*]

-------------------

[*] Pursuant to 5TH CIR. R. 47.5, the court has
(continued...)

The plaintiffs, who are white, sued for race

-------------------

[*](...continued)
determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

discrimination and retaliation.    In a comprehensive and convincing forty-seven-page opinion, the district court dismissed the claims.

We have reviewed the briefs and have heard the arguments of counsel and have examined the pertinent portions of the record. Essentially for the reasons given by the district court, the judgment is AFFIRMED.